# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VOSGES IP, LLC, an Illinois limited liability Company, and VOSGES, LTD., an Illinois Corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE KAIROS GROUP, INC. d/b/a Chuao Chocolatier,<br><br>                    Defendant. | **Civil Action No. 15-cv-11447**<br>**Judge John Z. Lee** |

## JOINT STIPULATION REQUESTING DISMISSAL

Pursuant to Federal Rule 41(a), the parties in the above captioned matter seek to dismiss this case in its entirety.

**WHEREAS**, Plaintiffs Vosges, IP, an Illinois limited liability company, and Vosges, Ltd., an Illinois corporation (collectively, "Vosges"), commenced the above captioned litigation against Defendant The Kairos Group, Inc. ("Kairos"), by filing a Complaint on December 18, 2015.

**WHEREAS**, the parties have reached an amicable resolution of their dispute; and

**WHEREAS**, the parties seek to dismiss this matter in its entirety.

**NOW, THEREFORE**, Vosges and Kairos, by and through their undersigned counsel, hereby jointly stipulate and request that the Court, dismiss the complaint in this action in its entirety with prejudice, and each party to bear its own fees and costs associated with this matter.

Date: April 7, 2016                By: /s/ Vivek Jayaram

                              Vivek Jayaram (Illinois Bar No. 6284388)
                              Jayaram Law Group
                              33 North LaSalle Street
                              Chicago, IL 60602
                              Ph: 312.454.2859
                              vivek@jayaramlaw.com
                              www.jayaramlaw.com
                              Attorney for Plaintiffs

Date: April 7, 2016            By: /s  Megan E. McCarthy

                              Megan E. McCarthy
                              megan.mccarthy@procopio.com
                              PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
                              525 B Street, Suite 2200
                              San Diego, CA  92101
                              Telephone:  (619) 238-1900
                              Facsimile:  (619) 235-0398

                              Attorneys For Defendant The  Kairos Group, Inc.

CERTIFICATE OF SERVICE

    I, Vivek Jayaram, an attorney, certify that I caused copies of the foregoing **Joint Stipulation Requesting Dismissal** to be served via the Court's CM/ECF system this 7th day of April 2016.

/s/ Vivek Jayaram

Vivek Jayaram, Esq.
Jayaram Law Group, Ltd.
33 N. LaSalle Street
Suite 2900
Chicago, IL 60602
vivek@jayaramlaw.com
Tel: 312.454.2859
Fax: 312.551.0322
Counsel for the Plaintiffs